UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 20 CR 47 |
| v. ) | |
| ) | Magistrate Judge Gabriel A. Fuentes |
| NOEL JACQUEZ ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves this Court to dismiss the complaint in the above-captioned matter and in support of its motion, states the following:

1. On January 22, 2020, Magistrate Judge Gabriel A. Fuentes signed a criminal complaint charging defendant NOEL JACQUEZ with distribution of a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1). ECF Doc. No. 1.

2. On January 23, 2020, JACQUEZ made his initial appearance before Magistrate Judge Gabriel A. Fuentes. On January 28, 2020, JACQUEZ was released with certain bond conditions, and he has remained released with certain bond conditions since that time.

3. The government now moves to dismiss the complaint without prejudice.

4. Counsel for the defendant does not object to the government's motion.

WHEREFORE, the United States respectfully requests that the complaint in the above-

captioned case be dismissed without prejudice.

                Respectfully submitted,

                JOHN R. LAUSCH, JR.
                United States Attorney

                */s/ John D. Mitchell*
                JOHN D. MITCHELL
                Assistant United States Attorney
                219 S. Dearborn Street, Rm. 500
                Chicago, Illinois 60604
                (312) 353-5159