# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| United States of America | ) | Case No: 20 CR 47-1 |
| v. | ) | Magistrate Judge: Gabriel A. Fuentes |
| Noel Jacquez | ) |  |

## ORDER

The Government's unopposed motion to dismiss the complaint (doc. #34) is granted, and the complaint is dismissed without prejudice.

Date: July 13, 2020

/s/ _____
GABRIEL A. FUENTES
UNITED STATES MAGISTRATE JUDGE